AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Huvelle, Ellen S. | 2. Court or Organization<br><br>US District Court for the District of Columbia | 3. Date of Report<br><br>12/02/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>333 Constitution Avenue NW<br>Washington DC 20001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boston College Law School Board of Trustees |
| 2. | Board Member | Abramson Scholarship Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Senior Counsel in Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston College Law School | 3/28/2013-3/29/2013 | Boston, MA | Meeting of Board of Trustees | Transportation, hotel, food |
| 2. | NY Intellectual Property Association | 3/22/2014-3/24/2014 | New York, NY | Dinner for federal judiciary hosted by professional association | Transportation, hotel, food |
| 3. | Boston College Law School | 10/10/2013-10/11/2013 | Boston, MA | Meeting of Board of Trustees | Transportation, hotel, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Huvelle, Ellen S. | 12/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Nationstar (previously held by Bank of America) | Mortgage on Rental Property, Washington, DC (Part VII, Line 119) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | K | T | | | | | |
| 2. Cambria Global Tactical | | None | M | T | | | | | |
| 3. CSX Corp | A | Dividend | K | T | | | | | |
| 4. DC Ballpark 5% due 2/22 | C | Interest | M | T | | | | | |
| 5. Eaton Vance Mut Fds TR Gb Mcrabsl Rtn I | A | Dividend | M | T | Buy | 12/06/13 | M | | |
| 6. EMC | A | Dividend | J | T | | | | | |
| 7. Hussman Strategic Growth | B | Dividend | | | Sold | 12/06/13 | M | | |
| 8. INVESCO Developing Markets (X) | A | Dividend | K | T | | | | | |
| 9. INVESCO Intl Growth | A | Dividend | L | T | | | | | |
| 10. iShares 2017 S&P AMT-FREE | A | Interest | K | T | | | | | |
| 11. iShares Dj US Healthcare Shares | A | Dividend | L | T | | | | | |
| 12. iShares Dow Jones Intl Select Div | C | Dividend | M | T | Buy | 05/21/13 | M | | |
| 13. iShares MSCI EAFE Fund | D | Dividend | N | T | | | | | |
| 14. iShares Sm Cap 600 Growth | A | Dividend | K | T | | | | | |
| 15. Market Vectors Gold Miners | A | Dividend | J | T | | | | | |
| 16. Nuance | | None | K | T | | | | | |
| 17. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oracle Corp | A | Dividend | L | T | | | | | |
| 19. Pepsico Inc NC | A | Dividend | K | T | | | | | |
| 20. Schlumberger | A | Dividend | J | T | | | | | |
| 21. Schwab Government Securities | A | Dividend | K | T | | | | | |
| 22. SPDRs S & P 500 Fd ETF | D | Dividend | O | T | | | | | |
| 23. Time Warner Cable | B | Dividend | L | T | | | | | |
| 24. Vanguard High Dividend Yield | D | Dividend | N | T | | | | | |
| 25. Vanguard Inter-Term Tax-Exempt Adm | E | Dividend | | | Sold | 12/06/13 | O | | |
| 26. Vanguard Ltd Term Tax-Exempt Adm | C | Dividend | M | T | | | | | |
| 27. Vanguard Total Bond Market | B | Dividend | O | T | Buy | 12/06/13 | O | | |
| 28. Yum Brands | A | Dividend | K | T | | | | | |
| 29. IRA #2 Charles Schwab (H) | E | Dividend | P1 | T | | | | | |
| 30. Abbvie Inc.(X) | | None | | | Sold | 01/09/13 | J | A | |
| 31. -Abbott Laboratories | | | | | | | | | |
| 32. -Arbitrage Fds Cl 1 | | | | | Buy (add'l) | 10/23/13 | K | | |
| 33. -DoubleLine Core Fixed Income 1 | | | | | Buy | 06/25/13 | M | | |
| 34. -DWS Commodity Securities | | | | | Buy (add'l) | 11/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -iShares Barclays TIPS Bond Fund | | | | | Sold | 06/28/13 | L | C | |
| 36.   -iShares iBoxx Invest Grade Corp Bond Fd | | | | | Sold | 06/28/13 | L | | |
| 37.   -PIMCO High Yield | | | | | Sold | 11/05/13 | M | | |
| 38.   -PIMCO Total Return | | | | | | | | | |
| 39.   -Schwab Government Securities | | | | | | | | | |
| 40.   -Templeton Income Global Bond adv | | | | | | | | | |
| 41.   -Under Armour | | | | | | | | | |
| 42.   -Vanguard Extended Market Index | | | | | | | | | |
| 43.   -Vanguard FTSE Emerging Markets | | | | | | | | | |
| 44.   -Vanguard REIT ETF | | | | | Sold | 11/07/13 | L | D | |
| 45.   -Vanguard Short-Term Investment-Grade | | | | | | | | | |
| 46.   -Ivy Asset Strategies | B | Dividend | M | T | Buy | 11/04/13 | M | | |
| 47.   Active Assets Tax Free (Y) | | | | | | | | | |
| 48.   Allianz NFJ Div. Value | B | Dividend | L | T | | | | | |
| 49.   AmCap | A | Dividend | | | Sold | 12/06/13 | K | D | |
| 50.   Apple Computer | A | Dividend | | | Sold | 04/01/13 | K | E | |
| 51.   Caterpillar | | None | K | T | Buy | 12/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ExxonMobil | C | Dividend | M | T | | | | | |
| 53. Facebook Inc | | None | K | T | Buy | 12/24/13 | K | | |
| 54. Franklin Small Midcap Growth | D | Dividend | L | T | | | | | |
| 55. General Electric | C | Dividend | M | T | | | | | |
| 56. Gilead Sciences | | None | K | T | Buy | 03/20/13 | J | | |
| 57. IBM | A | Dividend | K | T | | | | | |
| 58. INVESCO Diversified Dividend | B | Dividend | L | T | | | | | |
| 59. INVESCO Developing Markets | A | Dividend | K | T | | | | | |
| 60. iShares Dow Jones Intl Select Div | C | Dividend | M | T | Buy | 06/20/13 | L | | |
| 61. iShares iBoxx Invest Grade Corp Bond Fd | B | Dividend | | | Sold | 06/25/13 | L | | |
| 62. iShares MSCI EAFE | C | Dividend | M | T | | | | | |
| 63. iShares TR Large Value formerly iShares Morningstar Large Value | C | Dividend | M | T | | | | | |
| 64. iShares TR Mid Value formerly iShares Morningstar Mid Value | C | Dividend | M | T | | | | | |
| 65. iShares S&P 500 Growth | B | Dividend | L | T | | | | | |
| 66. iShares S&P 600 Growth formerly iShares Small Cap Growth | A | Dividend | K | T | | | | | |
| 67. iShares S&P Natl Mun Bd Fd | B | Int./Div. | | | Sold | 06/25/13 | L | | |
| 68. Loomis Sayles Fds I Global Bond Inst | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Neustar CLA A | | None | K | T | | | | | |
| 70. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 71. Osceola 5% of 6/15 | D | Interest | M | T | | | | | |
| 72. Prudential Jennison Small Company | D | Dividend | L | T | | | | | |
| 73. Schwab Government Securities | A | Dividend | N | T | | | | | |
| 74. SPDRs S&P 500Fd ETF | D | Dividend | N | T | | | | | |
| 75. Twitter | | None | J | T | Buy | 12/24/13 | J | | |
| 76. Vanguard High Dividend Yield | C | Dividend | M | T | | | | | |
| 77. Vanguard Inter-Term Tax-Exempt Adm | D | Dividend | | | Sold | 12/06/13 | O | | |
| 78. Vanguard FTSE Emerging Markets ETF | B | Dividend | M | T | | | | | |
| 79. Vanguard Total Bond Market | B | Dividend | O | T | Buy | 12/06/13 | O | | |
| 80. IRA #1 (H) | B | Int./Div. | M | T | | | | | |
| 81. -PIMCO Total Return | | | | | | | | | |
| 82. -Harbor Capital Appreciation | | | | | | | | | |
| 83. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |
| 84. Rental Property, Washington, DC | E | Rent | N | W | | | | | |
| 85. Retirement Account (H) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Lazard Emerging Mkts | | | | | Buy (add'l) | 01/03/13 | J | | |
| 87. | | | | | Buy (add'l) | 09/27/13 | K | | |
| 88. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 89. -PIMCO Total Return | | | | | Buy (add'l) | 01/03/13 | J | | |
| 90. | | | | | Buy (add'l) | 09/27/13 | K | | |
| 91. -Schwab US Treasury Money Market (Y) | | | | | | | | | |
| 92. Retirement Account-IRA #3 (H) | F | Dividend | P1 | T | | | | | |
| 93. -Arbitrage Fds Cl I | | | | | Buy (add'l) | 01/23/13 | M | | |
| 94. -Cambria Global Tactical ETF | | | | | Buy (add'l) | 01/25/13 | L | | |
| 95. | | | | | Buy (add'l) | 02/25/13 | L | | |
| 96. -DoubleLine Core Fixed Income I | | | | | Buy | 06/26/13 | N | | |
| 97. | | | | | Buy (add'l) | 07/17/13 | L | | |
| 98. | | | | | Buy (add'l) | 08/21/13 | K | | |
| 99. -DWS Commodity Securities Inst | | | | | Buy (add'l) | 01/23/13 | L | | |
| 100. -Eaton Vance Mut Fds Tr Gb Mcrabsl Rtn I | | | | | Buy | 12/19/13 | N | | |
| 101. -Harbor Capital Appreciation | | | | | Buy (add'l) | 01/23/13 | L | | |
| 102. | | | | | Buy (add'l) | 02/21/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Hussman Strategic Growth | | | | | Buy (add'l) | 02/21/13 | M | | |
| 104. | | | | | Sold | 12/19/13 | N | | |
| 105. -iShares Barclays Treas | | | | | Sold | 06/28/13 | M | E | |
| 106. -iShares iBoxx Invest Grade Corp Bond Fd | | | | | Sold | 06/28/13 | L | | |
| 107. -iShares Dow Jones Intl Select Div | | | | | Buy | 04/23/13 | L | | |
| 108. -iShares MSCI EAFE ETF | | | | | | | | | |
| 109. -Ivy Asset Strategy I | | | | | Buy | 02/21/13 | L | | |
| 110. | | | | | Buy (add'l) | 10/23/13 | L | | |
| 111. | | | | | Buy (add'l) | 11/05/13 | L | | |
| 112. -Loomis Sayles Fds I Global Bond Inst | | | | | Buy | 02/21/13 | M | | |
| 113. -Matthews Asian Growth & Income Instl | | | | | | | | | |
| 114. -PIMCO Commodity Real Return Instl | | | | | | | | | |
| 115. -PIMCO Total Return Instl | | | | | Buy (add'l) | 02/21/13 | N | | |
| 116. -Schwab Government Securities | | | | | | | | | |
| 117. -SPDR Gold Trust | | | | | | | | | |
| 118. -SPDRs S&P 500Fd ETF | | | | | | | | | |
| 119. -Templeton Global Bond Advisor | | | | | Buy (add'l) | 02/21/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -T Rowe Price Large Cap Value | | | | | | | | | |
| 121.  -Vanguard Extended Market Index | | | | | | | | | |
| 122.  -Vanguard REIT ETF | | | | | Sold | 11/07/13 | L | C | |
| 123.  -Vanguard Short Term Bond Investment-Grade Adm | | | | | Buy | 01/23/13 | M | | |
| 124.  -Vanguard Total Bond Market | | | | | Buy (add'l) | 01/25/13 | M | | |
| 125.  Ridgeworth Invst Gr Tax Exempt Bd | A | Int./Div. | | | Sold | 06/25/13 | K | | |
| 126.  Variable Annuity Account (H) | | | | | | | | | |
| 127.  -DWS VIP Small Cap | | None | K | T | | | | | |
| 128.  -MFS International Value | | None | K | T | | | | | |
| 129.  -PIMCO Low Duration | | None | K | T | | | | | |
| 130.  -PIMCO VIT High Yield | | None | J | T | | | | | |
| 131.  -PIMCO Total Return | | None | L | T | | | | | |
| 132.  -Putnam VT Equity Income | | None | K | T | | | | | |
| 133.  -Schwab S & P 500 | | None | L | T | | | | | |
| 134.  -Templeton Foreign Securities | | None | K | T | | | | | |
| 135.  -Van Eck VIP Global Bond | | None | J | T | | | | | |
| 136.  -Van Eck VIP Global Hard Assets | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 529 Account (H) | A | Dividend | | | | | | | |
| 138. -AF-Capital Income Builder | | | J | T | Buy (add'l) | 12/27/13 | J | | |
| 139. -AMCAP Fund 529F | | | J | T | Buy (add'l) | 12/27/13 | J | | |
| 140. -American High Income Tr | | | J | T | Buy (add'l) | 12/27/13 | J | | |
| 141. -Euro Pacific Growth Fund 529F | | | J | T | Buy (add'l) | 12/27/13 | J | | |
| 142. -Fundamental Investors 529F | | | J | T | Buy (add'l) | 12/27/13 | J | | |
| 143. 529 Account (H) #2 | | None | | | | | | | |
| 144. -Bond Fund of America 529F | | | J | T | Buy | 12/31/13 | J | | |
| 145. -Fundamental Investors 529F | | | J | T | Buy | 12/31/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 12/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544